IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD PATACSIL and NELL STERLING PATACSIL,<br><br>   Plaintiffs,<br><br>   v.<br><br>COUNTRYWIDE KB HOME LOANS, et.al.,<br><br>   Defendants._____ / | No. C 12-2304 RS<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANTS HAVE NOT BEEN SERVED** |

Plaintiffs also have not timely served defendants with a copy of the complaint, as Federal Rule of Civil Procedure 4(m) requires. The deadline for service may be extended if plaintiffs can show good cause for why service has not been timely effectuated. Fed. R. Civ. P. 4(m). Accordingly, plaintiffs are hereby directed to file a written response to this order by October 1, 2012 explaining why defendants have not yet been served. A hearing will be held to determine whether good cause has been shown on October 4, 2012 at 1:30 p.m. Failure to respond to this order will result in dismissal of this action.

The Case Management Conference scheduled for September 27, 2012 is hereby continued to November 8, 2012.

IT IS SO ORDERED.

Dated: 9/21/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

No. C 12-2304 RS
ORDER