IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EDWARD PATACSIL and NELL STERLING PATACSIL,

        Plaintiffs,

  v.

COUNTRYWIDE KB HOMES, et. al.,

        Defendants.

No. C 12-2304 RS

**ORDER DISMISSING ACTION**

    Plaintiffs filed their Complaint in federal court on May 8, 2012. Pursuant to Federal Rule of Civil Procedure 4(m), plaintiffs were required to serve defendants within 120 days. The deadline for service may be extended if plaintiffs can show good cause for why service has not been timely effectuated. Fed. R. Civ. Proc. 4(m). Accordingly, on September 21, 2012 plaintiffs were directed to file a written response by October 1, 2012 explaining why defendants had not yet been served. The order stated that a failure to respond would result in dismissal of the action. Plaintiffs have not responded to that order. Thus, this action is dismissed, without prejudice.

IT IS SO ORDERED.

Dated: 10/2/12

                RICHARD SEEBORG
                UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Edward and Nell Sterling Patacsil
692 San Juan Oaks Road
Brentwood, CA 94513

DATED: 10/2/12

/s/ Chambers Staff
Chambers of Judge Richard Seeborg