**United States District Court**
For the Northern District of California

1

2

3

4                        IN THE UNITED STATES DISTRICT COURT

5                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

6                            SAN FRANCISCO DIVISION

7

8   EDWARD PATACSIL and NELL               **No. C  12-2304 RS**
    STERLING PATACSIL,
                                           **ORDER DISMISSING ACTION**
9              Plaintiffs,

10      v.

11  COUNTRYWIDE KB HOMES, et. al.,

12             Defendants.
                                                    /
13

14          Plaintiffs filed their Complaint in federal court on May 8, 2012.  Pursuant to Federal Rule of

15   Civil Procedure 4(m), plaintiffs were required to serve defendants within 120 days.  The deadline

16   for service may be extended if plaintiffs can show good cause for why service has not been timely

17   effectuated.  Fed. R. Civ. Proc. 4(m).  Accordingly, on September 21, 2012 plaintiffs were directed

18   to file a written response by October 1, 2012 explaining why defendants had not yet been served.

19   The order stated that a failure to respond would result in dismissal of the action.  Plaintiffs have not

20   responded to that order.  Thus, this action is dismissed, without prejudice.

21

22   IT IS SO ORDERED.

23

24   Dated: 10/2/12

                              _____
25                            RICHARD SEEBORG
                              UNITED STATES DISTRICT JUDGE
26

27

28

                                          1

**United States District Court**
For the Northern District of California

1 | **THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

2

3 | Edward and Nell Sterling Patacsil
692 San Juan Oaks Road
Brentwood, CA 94513

4

5 | DATED: 10/2/12

6 | /s/ Chambers Staff
Chambers of Judge Richard Seeborg

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2